

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2016

No. 04-16-00679-CV

John M. **DONOHUE**,
Appellant

v.

**SAN ANTONIO POLICE DEPARTMENT**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI12457
Honorable Larry Noll, Judge Presiding

## O R D E R

Appellant, who is pro se on appeal, filed an affidavit of indigency in this court. We have not taken action with regard to the affidavit because the clerk's record, which is due November 14, 2016, has not yet been filed. Appellant has now filed a motion asking for additional time to file a copy of his inmate trust account statement in support of his affidavit. After review, we **GRANT** appellant's motion and **ORDER** that appellant may, **on or before November 18, 2016**, file a copy of the statement in this court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court